

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, July 8, 2022

Mr. Jerry Reyes
2401 Ridgepoint Drive
Bldg. H-2
MC: Y-956
Austin, TX 78754
* DELIVERED VIA E-MAIL *

Joshua G.
* DELIVERED VIA E-MAIL & POSTAL *

RE:  Case Number:  22-0534
     Court of Appeals Number:  10-21-00217-CV
     Trial Court Number:  D18-27516-CV

Style:  IN THE INTEREST OF E.J.G., Z.M.E.G., AND M.B.G., CHILDREN

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed order in the above-referenced case.

Sincerely,

Blake A. Hawthorne, Clerk

by Kristen Golby, Deputy Clerk

cc:  Mr. Cedric Johnson (DELIVERED VIA E-MAIL)
     Ms. Nita Whitener (DELIVERED VIA E-MAIL)
     District Clerk Navarro County (DELIVERED VIA E-MAIL)
     Ms. Kerri K. Anderson-Donica (DELIVERED VIA E-MAIL)
     Mr. Gregory Lee Housewirth (DELIVERED VIA E-MAIL)